FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

**JUL 2 2 2011**

Stephan Harris, Clerk
Casper

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | No. ‖CR17Ч-Ᏼ |
| | ) | |
| Plaintiff, | ) | **18 U.S.C. § 2252A(a)(5)(A)** |
| | ) | (Accessing Child Pornography with |
| v. | ) | Intent to View) |
| | ) | |
| **MICHAEL C. EMANUELSON,** | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about December 22, 2010, in the District of Wyoming, in the special maritime and

territorial jurisdiction of the United States, namely, within the exterior boundaries of Yellowstone

National Park, the Defendant, **MICHAEL C. EMANUELSON**, did knowingly access with intent

to view an Internet website containing images of child pornography.

In violation of 18 U.S.C. §§ 2252A(a)(5)(A).

A TRUE BILL:

_Kevin J. Frank_

FOREPERSON

_CHRISTOPHER A. CROFTS_
CHRISTOPHER A. CROFTS
United States Attorney

## PENALTY SUMMARY

**DATE:**            July 19, 2011

**DEFENDANT NAME:**    **MICHAEL C. EMANUELSON**

# VICTIM:            ?

**OFFENSE AND PENALTIES**:

OFFENSE:                **18 U.S.C. §§ 2252A(a)(5)(A)**
                       (Access with Intent to View Child Pornography)

PENALTIES:              0-10 Years Imprisonment
                       $250,000 Fine
                       Not less than 5 or more than a life term of supervised
                       release
                       $100 Special Assessment

**AGENT:** J. Christopher Wood, Department of Interior, OIG
**AUSA:** James C. Anderson

**ESTIMATED TIME OF TRIAL:**          **INTERPRETER NEEDED:**

✓    five days or less              ____    Yes
____    over five days              ✓    No
____    other

**THE GOVERNMENT:**

✓    will                          ____    The court should not grant bond
                                           because the defendant is not bondable
____    will not                           because there are detainers from other
                                           jurisdictions

**SEEK DETENTION IN THIS
CASE.**